UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLEE J. WILSON,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | Case No. 11-5666 BHS-KLS<br><br>REPORT AND RECOMMENDATION |

  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF #24).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

  This Court recommends that on remand, the Appeals Council will remand this case to an Administrative Law Judge for further proceedings, including a *de novo* hearing and a new decision.  The Appeals Council will instruct the ALJ to offer the claimant an opportunity for another hearing.  Further consider and properly address acceptable and other medical source opinions; the claimant's credibility, whether her impairments meet or equal Listing 1.02; her residual functional capacity, and her ability to perform past relevant work and/or other jobs that exist in significant numbers in the national economy.

REPORT AND RECOMMENDATION - 1

Reasonable attorney fees shall be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**  A proposed order accompanies this Report and Recommendation.

DATED this 16th day of July, 2012.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2