1
2
3          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
4                    AT TACOMA
5

6   KIMBERLEE J. WILSON,                        Case No. 11-5666 BHS-KLS

7                         Plaintiff,

8          v.                                   ORDER ADOPTING REPORT
                                                AND RECOMMENDATION
9   MICHAEL J. ASTRUE, Commissioner of
    Social Security,

10                        Defendant.

11

12          This matter comes before the court on the Report and Recommendation of Magistrate

13  Judge Karen L. Strombom [ECF #25] recommending that this case be remanded, based on the

14  stipulation of the parties [ECF #24].  It is therefore ORDERED

15
        (1)  The Court ADOPTS the Report and Recommendation;
16

17      (2)   The Court REVERSES and REMANDS for further administrative proceedings; and

18      (3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

19      DATED this 17th day of July, 2012.

20

21

22                                          _____
                                            BENJAMIN H. SETTLE
23                                          United States District Judge

24

25  .

26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1